UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                                      )<br>)<br>GICLIFF RODRIGUEZ,                   )<br>    (a/k/a "SEGA"),                          )<br>Defendant                                     )<br>_____ ) | 1:24-cr-121-SM-AJ-01 |

# **INDICTMENT**

The Grand Jury charges:

### **COUNT ONE**
Firearms Trafficking
18 U.S.C. §§ 933(a)(2) & 933(b)

On or about February 25, 2024, in the District of New Hampshire, defendant

**GICLIFF RODRIGUEZ**
**(a/k/a "SEGA")**

did receive from another person, in or otherwise affecting interstate or foreign commerce, three firearms, to wit: one Glock Model 29SF 10mm semi-automatic pistol bearing serial number BXMV125, one Glock Model 26 Gen4 9mm semi-automatic pistol bearing serial number WRF788, and one Glock Model 27 Gen5 .40 caliber semi-automatic pistol bearing serial number CAYZ731, knowing or having reasonable cause to believe that such receipt would constitute a felony.

In violation of Title 18, United States Code, Sections 933(a)(2) & 933(b).

## COUNT TWO
Possession of Firearms by a Prohibited Person
18 U.S.C. §§ 922(g)(1) & 924(a)(8)

On or about February 25, 2024, in the District of New Hampshire, defendant

### GICLIFF RODRIGUEZ
(a/k/a "SEGA")

knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting interstate commerce, the following firearms: one Glock Model 29SF 10mm semi-automatic pistol bearing serial number BXMV125, one Glock Model 26 Gen4 9mm semi-automatic pistol bearing serial number WRF788, and one Glock Model 27 Gen5 .40 caliber semi-automatic pistol bearing serial number CAYZ731.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

Dated: December 18, 2024                          A TRUE BILL

                                                  /s/ Foreperson of the Grand Jury
                                                  Foreperson of the Grand Jury

JANE E. YOUNG
United States Attorney

By: /s/ Tiffany Scanlon
    Tiffany Scanlon
    Assistant United States Attorney