UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.    )<br>)<br>GICLIFF RODRIGUEZ,   )<br>   (a/k/a "SEGA"),   )<br>Defendant   ) | Cr. No.  1:24-cr-121-SM-AJ-01 |

PRAECIPE FOR WARRANT

The Clerk of said Court will issue a warrant, an Indictment against the above-named defendant having been filed in the above-entitled case on the 18th day of December, 2024.

This 18th day of December, 2024.

JANE E. YOUNG
United States Attorney

By:   /s/ Tiffany A. Scanlon
Tiffany A. Scanlon
Assistant U.S. Attorney

WARRANT ISSUED: _____